# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1924
Lower Tribunal No. 2021-CA-1556

_____

RODOLFO SESSMANN and CARLA DIAZ,

Appellants,

v.

IVAN KERMIT TAPIA-CASIANO, et al.,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Jesus Irizarry, of Irizarry Mendez PL, Orlando, for Appellants.

David J. Pedersen, Orlando, for Appellee, Ivan Kermit Tapia-Casiano.

No Appearance for Other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED